UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br> v.<br><br>KEITH LEARIE ALLEN,<br><br>        Defendant(s). | Case No. 2:14-CR-167 JCM (PAL)<br><br>ORDER |

  Presently before the court is the matter of *United States of America v. Allen*, case no. 2:14-cr-00167-JCM-PAL.  *Pro se p*etitioner Keith Learie Allen ("petitioner") filed a motion for early termination of supervised release.  (ECF No. 5).

  Briefing shall proceed as follows: the government has twenty-one (21) days from the date of this order to file a response.  Thereafter, petitioner has fourteen (14) days to file a reply.

  Accordingly,

  IT IS HEREBY ORDERED that the government shall file a response to petitioner's motion for early termination of supervised release (ECF No. 5) later than twenty-one (21) days from the date of this order.  Petitioner shall file a reply within fourteen (14) days thereafter.

  DATED March 15, 2017.

                            */s/ James C. Mahan*
                            UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**