Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Keith Learie Allen**

Case Number: **2:14CR00167**

Name of Sentencing Judicial Officer: **Honorable Sara E. Lioi**

Date of Original Sentence: **February 21, 2008**

Original Offense: **Possession with Intent to Distribute Cocaine and Possession of Firearm in Furtherance of a Drug Felony**

Original Sentence: **102 Months prison, followed by 96 Months TSR.**

Date Supervision Commenced: **April 7, 2014**

Date Jurisdiction Transferred to District of Nevada: **May 13, 2014**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## SUMMARY

On December 1, 2017, Mr. Allen submitted a travel request for a cruise to the Bahamas, departing from Orlando, Florida from December 29, 2017 to January 5, 2018.  The purpose of this trip is a family vacation.

If approved, Mr. Allen would reside on the Carnival Cruise Line ship for the duration of the trip. Mr. Allen has already secured a reservation with the cruise line, as well as airfare to Orlando, Florida.  He estimates the total cost of the trip for the family is $3,000, which he is paying for through his savings earned through his employment.

Currently, Mr. Allen is in compliance with his conditions of supervision.  The Probation Office does not oppose Mr. Allen's request.  Mr. Allen is aware that if the Court does not authorize his travel, he must remain in the United States until he satisfactorily completes his term of supervision.

RE: Keith Learie Allen

Form 12 - Travel
D/NV Form
Rev. June 2014

                                                Respectfully submitted,

*Jessica Racaza*  Jessica Racaza
2017.12.05 09:29:51 -08'00'

Jessica Racaza
United States Probation Officer

Approved:

*[signature]* For  Joy Gabonia
2017.12.02 19:09:53 -08'00'

Robert Aquino
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐   Requested Travel is Approved

☐   Requested Travel is Denied

☐   Other

_____
Signature of Judicial Officer

_____
Date